■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN CARTER, Appellant. (Appeal No. 1.) [836 NYS2d 481]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered June 30, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree (two counts).

peal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered June 30, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.